# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:23-cr-24 |
| v. ) | |
| ) | Judge Atchley |
| TERRANCE LITTLE, ) | |
| ) | Magistrate Judge Lee |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One and Count Five of the five-count Indictment; (2) accept Defendant's guilty plea as to Count One and Count Five of the Indictment; (3) adjudicate the Defendant guilty of Count One and Count Five of the Indictment; (4) Defendant will remain on bond under appropriate conditions of release pending sentencing in this matter. [Doc. 70]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 70] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One and Count Five of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One and Count Five of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Five of the Indictment; and

4. Defendant **SHALL REMAIN** on bond under appropriate conditions of release until sentencing in this matter, which is scheduled to take place on **June 20, 2024, at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

          */s/ Charles E. Atchley, Jr.*
          **CHARLES E. ATCHLEY, JR.**
          **UNITED STATES DISTRICT JUDGE**